1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICK A. HAZELTINE,                          No.  2:23-cv-0156 AC P

12            Petitioner,

13        v.                                     ORDER

14   BRANDON PRICE,

15            Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  ECF No. 1.  Petitioner has not, however, filed an in forma

19   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

20   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21   a request to proceed in forma pauperis or submit the appropriate filing fee.

22        In accordance with the above, IT IS HEREBY ORDERED that:

23        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25   failure to comply with this order will result in a recommendation that this action be dismissed,

26   and

27   ////

28   ////

1

1        2.  The Clerk of Court is directed to send petitioner a copy of the in forma pauperis form

2    used by this district.

3    DATED: January 30, 2023

4                        ALLISON CLAIRE
                    UNITED STATES MAGISTRATE JUDGE