UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK A. HAZELTINE, | No. 2:23-cv-0156 AC P |
| Petitioner, | |
| v. | ORDER |
| BRANDON PRICE, | |
| Respondent. | |

Petitioner, a civil detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges his confinement at Coalinga State Hospital, which is located in Fresno County. Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's order directing petitioner to file an application to proceed in forma pauperis or the appropriate filing fee (ECF No. 3) is VACATED;

////

1

2. This action is TRANSFERRED to the United States District Court for the Eastern District of California sitting in Fresno, and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: January 31, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE